**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


**MILJEVIC ZELJKA,
INS # A-73-068-663,**

      **Petitioner,**

**vs.**                                   **Case No. 5:04cv99-LAC/WCS**

**IMMIGRATION AND
NATURALIZATION SERVICE;
DEPT. OF HOMELAND SECURITY,**

      **Respondent.**

_____/


**O R D E R**

Petitioner, proceeding *pro se*, in this habeas petition brought pursuant to 28 U.S.C. § 2241, doc. 1, is challenging her continued detention in Respondent's custody. Respondent filed an Answer alleging that the petition should be dismissed because Petitioner's continued detention was due to her failure to cooperate with removal efforts. Doc. 6.  Petitioner was given an opportunity to reply to the Answer, doc. 7, and Petitioner filed a Response on August 19, 2004.  Doc. 8.  Petitioner asserts that her continued detention is not the result of her actions, but due to the Embassy of Serbia and Montenegro refusing to issue travel documents.  *Id.*, at 2.  Petitioner argues that her

case is governed by <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001), in which the Court held that if removal is not reasonably foreseeable, continued detention of an alien is no longer authorized.

This case has been pending for some time, and prior to ruling on the petition, the Court attempted to verify Petitioner's address of record which, as of November 8, 2004, was at the Wakulla County Jail in Crawfordville, Florida.  Doc. 9.  Contact with the jail revealed that Petitioner had been released.  Thus, contact was made with the United States Department of Homeland Security, Immigration and Customs Enforcement, who advised that Petitioner had been released under an order of supervision on January 3, 2005.  That agency also provided a new address for Petitioner:  **1504 Pelican Street, Longwood, Florida 32750**.  In light of Petitioner's apparent release, this order is entered to require the parties to advise whether this case is now moot in that Petitioner appears to have been granted the release she sought - to be released from detention.

Accordingly, it is **ORDERED:**

1.  Petitioner and Respondent shall have until **May 26, 2005**, to file a response to this Order.

2.  The Clerk shall provide this Order to Petitioner at the following address:  **1504 Pelican Street, Longwood, Florida 32750.**

3.  The Clerk shall return this file to the undersigned on **May 26, 2005**.

**DONE AND ORDERED** on May 4, 2005.

s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**