IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ZELJKA MILJEVIC,
INS # A-73-068-663,

    Petitioner,

vs.                             Case No. 5:04cv99-LAC/WCS

IMMIGRATION AND
NATURALIZATION SERVICE;
DEPT. OF HOMELAND SECURITY,

    Respondent.
                                    /

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 2, 2005.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of any portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The Petitioner Zeljka Miljevic's § 2241 petition, doc. 1, is **DISMISSED** as moot as Petitioner has been released from custody.

**DONE AND ORDERED this 6th day of July, 2005.**

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**